IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JORDAN SMITH, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:12-CV-40 (MTT) |
| Warden GLENN JOHNSON, et al., | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Stephen Hyles. (Doc. 34). Judge Hyles recommends granting the Defendants' motion to dismiss (Doc. 19) the Plaintiff's complaint pursuant to Federal Rules of Civil Procedure 37(b) and 41(b) for his failure to comply with the Court's orders and failure to appear at his deposition.

The Plaintiff has not filed an objection to the Recommendation. The Court has reviewed the Recommendation, and the Recommendation is **ADOPTED** and made the Order of this Court. The Plaintiff's complaint is **dismissed with prejudice**.

**SO ORDERED**, this 20th day of December, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT